1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| WHCF REDDING SHADOWBROOK GP, INC., a Texas corporation,<br><br>              Plaintiff,<br><br>       v.<br><br>CENTRAL VALLEY COALITION FOR AFFORDABLE HOUSING, a California not-for-profit public benefit corporation, and COMMUNITY REVITALIZATION AND DEVELOPMENT CORPORATION [f/k/a SHASTA HOUSING DEVELOPMENT CORPORATION], a California not-for-profit corporation,<br><br>              Defendants. | Case No. 2:22-cv-00985-JAM-DB<br><br>**ORDER *re* STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND SET DEFENDANTS' TIME TO RESPOND** |

Before the Court is Plaintiff WHCF REDDING SHADOWBROOK GP, INC.'S ("Plaintiff") and Defendants CENTRAL VALLEY COALITION FOR AFFORDABLE HOUSING and COMMUNITY REVITALIZATION AND DEVELOPMENT CORPORATIONS' (collectively "Defendants") *Stipulation to Permit Plaintiff to File a First Amended Complaint and Set Defendants' Time to Respond*. Having considered the parties' submission, and upon good cause appearing, the parties' request is GRANTED.

1. To the extent necessary, the Court grants Plaintiff WHCF Redding Shadowbrook GP, Inc. leave to file a First Amended Complaint within twenty-one (21) days of the date of this Order; and

2. Defendants will respond to Plaintiff's First Amended Complaint within twenty-one (21) days thereafter.

IT IS SO ORDERED.

DATED: August 2, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE